UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY ) ) ) **Plaintiff**, ) ) **v.** ) ) **RAY JONES AND RANDY CLEAVES** ) ) ) ) ) **Defendant.** ) | Case No.: 23-cv-2602 |

### DEFENDANT RANDY CLEAVES' AMENDED ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGEMENT

Defendant Randy Cleaves (hereinafter "Defendant") respectfully submits his Answer to Plaintiff American Economy Insurance Company's (hereinafter "Plaintiff") Complaint for Declaratory Judgement, and in support states as follows:

1. Upon information and belief, Plaintiff's Complaint for Declaratory Judgement is a question of law, which would not require a responsive pleading.

2. In the event a responsive pleading is required, Defendant respectfully deny each and every material allegation contained in Plaintiff's Complaint for Declaratory Judgement.

3. Furthermore, Defendant also request a hearing on the matter.

WHEREFORE, Defendant Randy Cleaves respectfully submits his Answer to Plaintiff American Economy Insurance Company's Complaint for Declaratory Judgement and request a hearing on the matter.

Respectfully submitted,

MORGAN & MORGAN, P.A.

BY: */s/Jack A. McCormack*
Jack A. McCormack #6344083
200 N. Broadway, Ste. 720
St. Louis, MO 63102
(314) 655-9494
(314) 655-9705 – Fax
Email: jmccormack@forthepeople.com

**ATTORNEY FOR PLAINTIFF**