UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RAY JONES and RANDY CLEAVES, <br><br> Defendants. | Case No. 23-cv-2602-RJD-JPG |

## JUDGMENT

This matter having come before the Court, defendant Ray Jones having been defaulted, the remaining issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff American Economy Insurance Company and against defendants Ray Jones and Randy Cleaves; and

IT IS HEREBY DECLARED that:

American Economy Insurance Company Homeowners Policy number OZ4928775, issued to defendant Ray Jones, provides no liability coverage for the claims of defendant Randy Cleaves against defendant Ray Jones in *Randy Cleaves v. Ray Jones*, Cause No. 2023LA2, in the Circuit Court for the First Judicial Circuit, Alexander County, Illinois; and plaintiff American Economy Insurance Company has no duty to defend or to indemnify defendant Ray Jones or defendant Randy Cleaves in that action.

**DATED:   February 18, 2026**

**MONICA A. STUMP, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**